MEMORANDUM OPINION




No. 04-04-00399-CV



IN RE John Bernard WILLIAMS



Original Mandamus Proceeding (1)



Opinion by: Catherine Stone, Justice


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: June 23, 2004 


PETITION FOR WRIT OF MANDAMUS DISMISSED FOR WANT OF JURISDICTION

 Relator, John Bernard Williams, requests that this court compel respondent to rule on his
petition for writ of habeas corpus in cause number 1999-CR-0720, filed pursuant to article 11.07 of
the Texas Code of Criminal Procedure. See Tex. Code Crim. Proc. Ann. art. 11.07 (Vernon Supp.
2004). The Texas Court of Criminal Appeals is the only court with jurisdiction to grant mandamus
relief from the convicting court's failure to act; therefore, relator must seek relief from the Texas
Court of Criminal Appeals. See Martin v. Hamlin, 25 S.W.3d 718, 719 (Tex. Crim. App. 2000); Ater
v. Eighth Court of Appeals, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991); In re McAfee, 53 S.W.3d
715, 718 (Tex. App.--Houston [1st Dist.] 2001, orig. proceeding). Relator's petition for writ of
mandamus is dismissed for lack of jurisdiction.



 Catherine Stone, Justice




1. This proceeding arises out of Cause No. 1999-CR-0720, styled The State of Texas v. John Bernard Williams,
pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid Harle presiding.